FILED '08 DEC 22 14:44 USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

ROBYN DIEHL,

                Plaintiff,

    v.                                            Civil No. 08-3050-HO

COMMISSIONER, SOCIAL SECURITY         ORDER
ADMINISTRATION,

                Defendant.

---

      Based upon the stipulation of the parties, the Commissioner is ordered to pay $2,700.00 for Equal Access to Justice Act (EAJA) attorney fees to Plaintiff in care of Plaintiff's attorney.

      Dated: December 22, 2008

                                                        _/s/ Michael R. Hogan_
                                                         United States District Judge

**ORDER**